**Fill in this information to identify the case:**

Debtor name _____ Hillside Apartments LLC _____

United States Bankruptcy Court for the: ___Eastern___ District of __California__
(State)

Case number (if known): _____25-25860_____



FILED

NOV - 5 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................

   | $ | 24,000,000.00 |
   |---|---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................

   | $ | 49,262.90 |
   |---|---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................

   | $ | 24,049,262.90 |
   |---|---|

---

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........

   | $ | 12,870,000.00 |
   |---|---|

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..................................

   | $ | 119,000.00 |
   |---|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................

   | + $ | 69,793.75 |
   |---|---|

4. **Total liabilities** ........................................................
   Lines 2 + 3a + 3b

   | $ | 13,058,793.75 |
   |---|---|

Filed 11/05/25

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hillside Apartments LLC** |
| United States Bankruptcy Court for the: | **Eastern** District of **California** (State) |
| Case number (if known): | **25-25860** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

**2. Cash on hand**      $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of Stockton (awaiting verification to open DIP Account) | | ___ ___ ___ ___ | $ 73,838.64 |
| 3.2. | | ___ ___ ___ ___ | $ 0.00 |

**4. Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ 0.00 |
| 4.2. | $ 0.00 |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ 73,838.64

---

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

         Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1.   Rent (Prepayments by tenants) | $ 8,783.94 |
| 7.2. | $ 0.00 |

---

Debtor      **Hillside Apartments LLC**                    Case number (*if known*)____ 25-25860
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ Insurance Payment (Held by Arbor Realty the Loan Servicer in escrow)                    $ 33,647.33

8.2._____ Tax Payment (Held by Arbor Realty the Loan Servicer in escrow)                    $ 91,690.91

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $ 125,338.24

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | 8,940.32 | – | 0.00 | = ......→ | $ 8,940.32 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | | – | | = ......→ | $ 0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $ 8,940.32

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____                    $ 0.00

14.2._____                    $ 0.00

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1._____ | _____ % | | $ 0.00 |
| 15.2._____ | _____ % | | $ 0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____                    $ 0.00

16.2._____                    $ 0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    $ 0.00

---

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00 _____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ 0.00 _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ 0.00 _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ 0.00 _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ 0.00 _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ 0.00 _____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Corner Desk, filing cabinets and etc. | $ 500.00 | Online Comparables | $ 500.00 |
| **40. Office fixtures** | | | |
| TV for Camera System, Camera System | $ 25,000.00 | Invoices for work | $ 25,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer system, hardrive, software system for equipment | $ $2400.00 | Online Comparables | $ 2400.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ 0.00 |
| 42.2 | $ | | $ 0.00 |
| 42.3 | $ | | $ 0.00 |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ 27,900.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____0.00_____ |
| 47.2 _____ | $_____ | _____ | $_____0.00_____ |
| 47.3 _____ | $_____ | _____ | $_____0.00_____ |
| 47.4 _____ | $_____ | _____ | $_____0.00_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____0.00_____ |
| 48.2 _____ | $_____ | _____ | $_____0.00_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____0.00_____ |
| 49.2 _____ | $_____ | _____ | $_____0.00_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____0.00_____ |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.      |  $_____0.00_____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor     **Hillside Apartments LLC**
           Name

Case number *(if known)*     25-25860

---

## Part 9:     Real property

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 <u>6267 Martin Luther King Jr Blvd, Sacramento, CA,<br>95824, APN: 03702510110000 ; 03701880050000</u><br><u>Apartment Complex</u> | Own the property/Equity | $ 24,000,000.00 | Assessed Value | $ 24,000,000.00 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 24,000,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:     Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $ 0.00 |
| **61.  Internet domain names and websites**<br>_____ | $_____ | _____ | $ 0.00 |
| **62.  Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $ 0.00 |
| **63.  Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $ 0.00 |
| **64.  Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $ 0.00 |
| **65.  Goodwill**<br>_____ | $_____ | _____ | $ 0.00 |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ — _____ = → $_____
                                         Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ 0.00 |
| _____ | Tax year _____ | $_____ 0.00 |
| _____ | Tax year _____ | $_____ 0.00 |

73. **Interests in insurance policies or annuities**

_____     $_____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     $_____ 0.00

Nature of claim       _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $_____ 0.00

Nature of claim       _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____     $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____     $_____ 0.00

_____     $_____ 0.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $_____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor     Hillside Apartments LLC       Case number (if known)    25-25860
     Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 73838.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 8,783.94 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 8740.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 27,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........➔ | | $ 24,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .............91a. | $ 49,262.90 | + 91b. $ 24,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................    $ 24,119,262.90

**Fill in this information to identify the case:**

Debtor name    Hillside Apartments LLC

United States Bankruptcy Court for the:    Eastern     District of   California

                                                                      (State)

Case number (if known):    25-25860

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**   Creditor's name

     Federal National Mortgage Assocation

**Creditor's mailing address**

Midtown Center, 1100 15th Street, NW, Washington, DC 20005

**Creditor's email address, if known**

     james_noakes@fanniemae.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

     6267 Martin Luther King Jr Blvd, Sacramento, CA, 95824

     Multi Family Apartment Complex

     ☐ ☐

**Describe the lien**

     Mortage Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 12,870,000.00    Column B: $ 24,000,000.00

**2.2**   Creditor's name

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 12,870,000

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hillside Apartments LLC |
| United States Bankruptcy Court for the: | Eastern District of California (State) |
| Case number (if known) | 25-25860 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
California Franchise Tax Board (FTB)
PO Box 2952
Sacramento, CA 95812-2952

Date or dates debt was incurred
2023-2024

Last 4 digits of account number   2 5 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 77,000.00    $ 77,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes owed, payment plan established

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Internal Revenue Service (IRS)
Insolvency Section
PO Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account number   2 5 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 35,000.00    $ 35,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes owed, payment plan established

Is the claim subject to offset?
☑ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Miguel Romero
3716 Marconi Avenue,
Sacramento, CA, 95821

Date or dates debt was incurred
10/1/25-10/31/25

Last 4 digits of account number   3 7 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 7000.00    $ 7000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Maintenance & Landscaping Salary

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 7,000.00 |
|---|---|---|---|

Property Management Agency Inc

2935 Fulton Avenue

Sacramento, CA, 95821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Property Management Fees Owed

Date or dates debt was incurred    10/1/25 - 10/30/25

Last 4 digits of account number    2 9 3 5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 11,900.00 |
|---|---|---|---|

Kingdom Tree Services

2621 26th Avenue

Sacramento, CA 95820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tree work/Landscaping performed on property

Date or dates debt was incurred    10/1/25-10/31/25

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 34,000.00 Estimate |
|---|---|---|---|

Bay City Boiler

23312 Cabot Blvd

Hayward, CA 94545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Boiler Replacement (payment plan established)

Date or dates debt was incurred    06/01/25 - Ongoing

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 12,000.00 |
|---|---|---|---|

VGN Electrical

6501 Cowboy Way

Citrus Heights, CA 95621

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ongoing Electrical Panel Replacement

Date or dates debt was incurred    6/30/25 -Ongoing

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Unknown |
|---|---|---|---|

SMUD (Electric Utility)

PO Box 15555, Sacramento CA 95852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Electric Bill

Date or dates debt was incurred    Ongoing

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Unknown |
|---|---|---|---|

County of Sacramento – Department of Utilities

10060 Goethe Road, Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sewer Bill

Date or dates debt was incurred    Ongoing

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Hillside Apartments LLC        Case number (*if known*)    25-25860

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Comcast Business

PO Box 60533, City of Industry, CA 91716-0533

Date or dates debt was incurred     Ongoing

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Internet Bill

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    Unknown

---

**3.8** Nonpriority creditor's name and mailing address

PG&E

PO Box 997300, Sacramento, CA 95899-7300

Date or dates debt was incurred     Ongoing

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    Gas Bill

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    Unknown

---

**3.9** Nonpriority creditor's name and mailing address

California American Water Company

PO Box 7150, Pasadena, CA 91109-7150

Date or dates debt was incurred     Ongoing

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    Water Bill

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    Unknown

---

**3.10** Nonpriority creditor's name and mailing address

Waste Management of Sacramento

1324 Paddock Place, Woodland, CA 95776

Date or dates debt was incurred     Ongoing

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    Trash Service

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    Unknown

---

**3.11** Nonpriority creditor's name and mailing address

AEMC Appliances

3716  52nd Avenue

Sacramento, CA, 95823

Date or dates debt was incurred     10/1/25 -10/31/25

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Appliance Replacements or Delivery

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    4893.75

| Debtor | Hillside Apartments LLC | Case number (if known) | 25-25860 |
|--------|------------------------|------------------------|----------|
|        | Name |  |  |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|------------------------|
| 5a.  **Total claims from Part 1** | 5a. | $ | 119,000.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ | 69,793.75 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 188,793.75 |

**Fill in this information to identify the case:**

Debtor name    **Hillside Apartments LLC**

United States Bankruptcy Court for the: **Eastern** District of **California**
(State)

Case number (If known): **25-25860**    Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Loan Agreement** <br> Active executory contract; secured loan with ongoing performance (payments & compliance) | **Arbor Realty Trust** <br> 333 Earle Ovington Boulevard, Suite 900, Uniondale, NY 11553 |
| | State the term remaining | Active executory contract; secured loan with ongoing performance (payments & compliance) | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Property Management Agreement** <br> Property management services for Hillside Apartments | **Property Management Agency Inc** <br> 2935 Fulton Avenue, Sacramento, CA, 95821 |
| | State the term remaining | Executory (both sides still perform) | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance & Landscaping** <br> Ongoing maintenance contract (includes landscape service) | **Miguel Romero** <br> 3716 Marconi Avenue, Sacramento, CA, 95821 |
| | State the term remaining | Executory | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Utility Services Agreements** | **SMUD, County Utilities, California American Water, Comcast Business** |
| | State the term remaining | Executory (continuing utility relationship) | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Waste Management Contract** <br> Trash and recycling pickup for property | **Waste Management of Sacramento** |
| | State the term remaining | Active executory contract | |
| | List the contract number of any government contract | | |

| Debtor | Hillside Apartments LLC | Case number (if known) | 25-25860 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|---------------------------------------------------------------------------|

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

Insurance
Active property insurance policy

State the term remaining — Executory (ongoing premium & coverage duties)

List the contract number of any government contract

Jim Clements
HUB International Southwest
CA License #0757776
8777 N Gainey Center Dr. Suite 100
Scottsdale AZ 85258

**2._**

State what the contract or lease is for and the nature of the debtor's interest

Tenant Leases
Ongoing residential rental agreements

State the term remaining — All unexpired tenant leases are executory

List the contract number of any government contract

Various residential tenants at 6267 Martin Luther King Jr Blvd

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name _____ Hillside Apartments LLC _____

United States Bankruptcy Court for the: _____ Eastern _____ District of California
(State)

Case number (If known): _____ 25-25860 _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _____ Hillside Apartments LLC _____

United States Bankruptcy Court for the: _____ Eastern _____ District of _ California _
                                               (State)

Case number *(if known):* _____ 25-25860 _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration _Form 207, Master Equity Security Holder List, Master Equity Security Holder Address List, Statement regardign Debtors Ownership_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/04/2025___      ✗ _____ *Asad Khan* _____
         MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                                   Asad Khan
                                             Printed name

                                         Manager of Debtor
                                         Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name _____ **Hillside Apartments LLC** _____

United States Bankruptcy Court for the: _____ **Eastern** _____ District of __California__
                                                                                    (State)

Case number (If known): _____ **25-25860** _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and<br>exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From __1/01/2025__<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ ____1,882,422.87__ |
| For prior year: | From __01/01/2024__<br>MM / DD / YYYY | to | __12/31/2024__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ ____2,208,894.00__ |
| For the year before that: | From __01/01/2023__<br>MM / DD / YYYY | to | __12/31/2023__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ ____2,154,310.00__ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | | Description of sources of revenue | Gross revenue from each<br>source<br>(before deductions and<br>exclusions) |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | _____ | $_____ |

| Debtor | **Hillside Apartments LLC** | Case number (*if known*) | 25-25860 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

Debtor _____**Hillside Apartments LLC**_____    Case number (if known)_____**25-25860**_____
　　　　　　Name

6. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|
   | 5.1. | | | $_____ |
   | Creditor's name | | | |
   | Street | | | |
   | City　　State　　ZIP Code | | | |
   | 5.2. | | | $_____ |
   | Creditor's name | | | |
   | Street | | | |
   | City　　State　　ZIP Code | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | | | | $_____ |
   | Creditor's name | | | |
   | Street | | | |
   | City　　State　　ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:　Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None

   | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. | | Name | ☐ Pending |
   | Case number | | Street | ☐ On appeal |
   | | | City　　State　　ZIP Code | ☐ Concluded |
   | 7.2. Case title | | Court or agency's name and address | ☐ Pending |
   | Case number | | Name | ☐ On appeal |
   | | | Street | ☐ Concluded |
   | | | City　　State　　ZIP Code | |

| Debtor | Hillside Apartments LLC | Case number (if known) | 25-25860 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
|                              |                            | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street |  |  |
|  |  | Name |
| City          State     ZIP Code | **Case number** | Street |
|  | **Date of order or assignment** | City          State          ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. Recipient's name |  |  | $_____ |
| Street |  |  |  |
| City          State     ZIP Code |  |  |  |
| Recipient's relationship to debtor |  |  |  |
| 9.2. Recipient's name |  |  | $_____ |
| Street |  |  |  |
| City          State     ZIP Code |  |  |  |
| Recipient's relationship to debtor |  |  |  |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). |  |  |
|  |  |  | $_____ |

| Debtor | Hillside Apartments LLC | Case number *(if known)* | 25-25860 |
|---|---|---|---|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

| Debtor | Hillside Apartments LLC | Case number (if known) | 25-25860 |
|--------|------------------------|------------------------|----------|
| | Name | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—made by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City _____ State ___ ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City _____ State ___ ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City _____ State ___ ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City _____ State ___ ZIP Code | | |

Debtor _____**Hillside Apartments LLC**_____     Case number *(if known)*_____**25-25860**_____
　　　　Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.1.
　　　_____
　　　Facility name

　　　_____
　　　Street

　　　_____
　　　City　　State　　ZIP Code

**Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.**

**How are records kept?**

*Check all that apply:*

☐ Electronically
☐ Paper

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.2.
　　　_____
　　　Facility name

　　　_____
　　　Street

　　　_____
　　　City　　State　　ZIP Code

**Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.**

**How are records kept?**

*Check all that apply:*

☐ Electronically
☐ Paper

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

　　Name of plan　　　　　　　　　　　　　　Employer identification number of the plan

　　_____　　　　EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Has the plan been terminated?

☐ No
☐ Yes

Debtor _____**Hillside Apartments LLC**_____          Case number *(if known)*____**25-25860**____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | Hillside Apartments LLC | Case number (if known) | 25-25860 |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | Hillside Apartments LLC | Case number (if known) | 25-25860 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| Name                  | Name                                |                              |                |
| Street                | Street                              |                              |                |
| City    State    ZIP Code | City    State    ZIP Code       |                              |                |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---------------------------|--------------------------------------|----------------------------------------------------------------------------------|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| | | From _____   To _____ |
| City    State    ZIP Code | | |
| 25.2. Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | Dates business existed |
| | | From _____   To _____ |
| City    State    ZIP Code | | |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.3. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| | | From _____   To _____ |
| City    State    ZIP Code | | |

| Debtor | **Hillside Apartments LLC** | Case number *(if known)* | **25-25860** |
|---|---|---|---|
| | Name | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Asad Khan** | From **2022**  To **2025** |
| | Name | |
| | **2935 Fulton Avenue** | |
| | Street | |
| | **Sacramento**  **CA**  **95821** | |
| | City  State  ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | | From _____  To _____ |
| | Name | |
| | Street | |
| | City  State  ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **Julias Tax Service** | From **2022**  To **2024** |
| | Name | |
| | **4811 Chippendale Dr Suite 101** | |
| | Street | |
| | **Sacramento**  **CA**  **94541** | |
| | City  State  ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____  To _____ |
| | Name | |
| | Street | |
| | City  State  ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Property Management Agency Inc.** | |
| | Name | |
| | **2935 Fulton Avenue** | |
| | Street | |
| | **Sacramento**  **CA**  **95821** | |
| | City  State  ZIP Code | |

Debtor _____**Hillside Apartments LLC**_____        Case number (*if known*)_____**25-25860**_____
     Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | |
| | Street | |
| | City                          State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| | |
| 26d.1. | |
| | Name |
| | Street |
| | |
| | City                          State              ZIP Code |
| | Name and address |
| 26d.2. | |
| | Name |
| | Street |
| | |
| | City                          State              ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

Name and address of the person who has possession of inventory records

| | |
|---|---|
| 27.1. | |
| | Name |
| | Street |
| | |
| | City                          State              ZIP Code |

Debtor _____**Hillside Apartments LLC**_____     Case number (if known)_____**225-25860**_____
              Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
       Name

_____
Street

_____
City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of interest | % of interest, if any |
|---|---|---|---|
| Asad Khan | 2935 Fulton Avenue, Sacramento, CA, 95821 | Manager of LLC | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | _____ | |
| _____<br>City          State      ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

| Debtor | Hillside Apartments LLC | Case number *(if known)* | 25-25860 |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City | State | ZIP Code | |
| | Relationship to debtor | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __11/01/2025__
           MM / DD / YYYY

**✘**   *Asad Khan*   /////

Signature of individual signing on behalf of the debtor

Printed name    **Asad Khan**

Position or relationship to debtor    **Manager of LLC**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☐ Yes

# HILLSIDE APARTMENTS LLC
## A California Limited Liability Company

## CORPORATE RESOLUTION AUTHORIZING BANKRUPTCY FILING

WHEREAS, the undersigned, being the Managing Member of **Hillside Apartments LLC** (the "Company"), has determined that it is in the best interests of the Company, its creditors, and all interested parties that the Company seek relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California (Sacramento Division);

FURTHER RESOLVED, that **Asad Khan**, as Managing Member of the Company, is authorized and directed to execute and deliver on behalf of the Company all petitions, schedules, lists, motions, applications, and other papers necessary or appropriate for such filing and to take any and all further actions deemed necessary or appropriate to carry out the intent and purpose of this resolution;

FURTHER RESOLVED, that the Company is authorized to employ such legal counsel, accountants, and other professionals as deemed necessary to represent the Company in the Chapter 11 proceeding;

FURTHER RESOLVED, that all prior actions taken by the Managing Member in connection with the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned has executed this Resolution as of **October 23, 2025**.

**Asad Khan**
Managing Member
Hillside Apartments LLC
2935 Fulton Avenue
Sacramento, CA 95821